1 | MAYALL HURLEY P.C.
2 | WILLIAM J. GORHAM (SBN: 151773)
  | wgorham@mayallaw.com
3 | NICHOLAS J. SCARDIGLI (SBN: 249947)
  | nscardigli@mayallaw.com
4 | ROBERT J. WASSERMAN (SBN: 258538)
  | rwasserman@mayallaw.com
5 | JOHN P. BRISCOE (SBN: 273690)
  | jbriscoe@mayallaw.com
6 | 2453 Grand Canal Boulevard
7 | Stockton, California 95207-8253
  | Telephone:  (209) 477-3833
8 | Facsimile:  (209) 477-4818

9 | Attorneys for Plaintiff, MYRICA SMITH

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MYRICA SMITH, as proxy for the California Labor and Workforce Development Agency, and on behalf of herself and all others similarly situated, | Case No.: C 3:16-cv-02832-TEH |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| v. | Conference Date: August 15, 2016 |
| WAL-MART STORES, INC.; WAL-MART ASSOCIATES, INC.; and DOES 1-100 inclusive, | Time: 1:30 PM |
| | Judge: Hon. Thelton E. Henderson |
| Defendants. | Courtroom: 12, 19th Floor |

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed] Order Regarding Telephonic Appearance at Case Management Conference
Page 1 of 2

**STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

COMES NOW, Plaintiff Myrica Smith, as proxy for the California Labor and Workforce Development Agency, and on behalf of herself and all others similarly situated, and Defendants Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc., by and through undersigned counsel, hereby stipulate and respectfully request that this Honorable Court permit the respective parties' counsel, Robert J. Wasserman on behalf of Plaintiff and Steven C. Gonzalez on behalf of Defendants, to appear by telephone at the Case Management Conference on August 15, 2016 at 1:30 p.m. in Courtroom 12, 19th Floor.

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED.**

Dated: August 5, 2015                    MAYALL HURLEY P.C.

                                         /s/ John P. Briscoe
                                     By_____
                                         WILLIAM J. GORHAM
                                         NICHOLAS J. SCARDIGLI
                                         ROBERT J. WASSERMAN
                                         JOHN P. BRISCOE
                                         Attorneys for Plaintiff,
                                         MYRICA SMITH

Dated: August 5, 2105                    LTL ATTORNEYS LLP
                                         /s/ Steven C. Gonzalez
                                     By_____
                                         STEVEN C. GONZALEZ
                                         CALEB H. LIANG
                                         LACEY E. RAINWATER
                                         Attorneys for Defendants,
                                         Wal-Mart Stores, Inc.
                                         and Wal-Mart Associates, Inc.

Dated: 8/8/2016                          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                                     By_____
                                         HON. THELTON E. HENDERSON
                                         United States District Judge